UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA
       Plaintiff

Versus                                             Criminal No. 3:12CR00073-008-BAJ-SCR

ZAHID IMRAN
       Defendant

## UNOPPOSED MOTION TO DISMISS ZAHID IMRAN'S OBJECTION TO FORFEITURE OF ASSETS AND MOTION TO STRIKE UNITED STATES' MOTION FOR ENTRY OF A PRELIMINARY ORDER OF FORFEITURE TO INCLUDE CERTAIN SUBSTITUTE PROPERTY

**NOW INTO COURT,** through undersigned counsel, comes Zahid Imran, who hereby moves to dismiss his OBJECTION TO FORFEITURE OF ASSETS AND MOTION TO STRIKE UNITED STATES' MOTION FOR ENTRY OF A PRELIMINARY ORDER OF FORFEITURE TO INCLUDE CERTAIN SUBSTITUTE PROPERTY (Document No. 668) previously filed herein, and all claims for relief as alleged therein, and for such other and further relief to which he may be entitled.

                                                             By Attorney for Zahid Imran

Date: 2 July 2015                            /S Kent B. Payne

                                           **KENT B. PAYNE**
                                           Attorney at Law
                                           Bar Roll No. 19731
                                           222 North Vermont Street, Ste H
                                           Covington, LA  70433
                                           Telephone:  (985) 246-7065
                                           Facsimile:  (866) 334-1690
                                           kent@kentpayne.com

## CERTIFICATE OF NO OPPOSITION

I hereby certify that I have provided a copy of the foregoing to opposing counsel, and that he does not oppose the relief sought in this motion.

2 July 2015

/s Kent B. Payne
Kent B. Payne

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of July, 2015, a legible copy of the foregoing was sent via "Notice of Electronic Filing" automatically generated by the court's Electronic Filing System, to the following:

Jay Thompson, Esq.
Assistant United States Attorney
Middle District of Louisiana
777 Florida Street, Suite 208
Baton Rouge, LA  70801

/s Kent B. Payne
Kent B. Payne

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA
    Plaintiff

Versus                                         Criminal No. 3:12CR00073-008-BAJ-SCR

ZAHID IMRAN
    Defendant

## ORDER OF DISMISSAL

Considering the UNOPPOSED MOTION TO DISMISS ZAHID IMRAN'S OBJECTION TO FORFEITURE OF ASSETS AND MOTION TO STRIKE UNITED STATES' MOTION FOR ENTRY OF A PRELIMINARY ORDER OF FORFEITURE TO INCLUDE CERTAIN SUBSTITUTE PROPERTY filed herein by Zahid Imran, it is

**ORDERED** that ZAHID IMRAN'S OBJECTION TO FORFEITURE OF ASSETS AND MOTION TO STRIKE UNITED STATES' MOTION FOR ENTRY OF A PRELIMINARY ORDER OF FORFEITURE TO INCLUDE CERTAIN SUBSTITUTE PROPERTY (Document No. 668), and all claims for relief as sought therein, be and are hereby **DISMISSED**.

Signed in Baton Rouge, Louisiana on this ____ day of July 2015

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**