UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS

ZAHID IMRAN                                 NO. 12-00073-BAJ-SCR

ORDER

Considering Defendant's **Unopposed Motion to Dismiss Zahid Imran's Objection to Forfeiture of Assets and Motion to Strike United States' Motion for Entry of a Preliminary Order of Forfeiture to Include Certain Substitute Property (Doc. 705)**, filed by Zahid Imran:

**IT IS ORDERED** that the Motion is **GRANTED**.

Baton Rouge, Louisiana, this ____6th____ day of July, 2015.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA