UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS

ZAHID IMRAN                                 NO. 12-00073-BAJ-SCR

### FINAL ORDER OF FORFEITURE

**WHEREAS**, the United States of America gave notice to the defendant, Zahid Imran, pursuant to 18 U.S.C. § 982(a)(7), that upon conviction the United States would seek to forfeit any property, real or personal, that constituted or was derived, directly or indirectly, from gross proceeds traceable to the commission of the offense of health care fraud;

**WHEREAS**, on June 9, 2014, pursuant to 18 U.S.C. § 982(a)(7), a Forfeiture Money Judgment was ordered in favor of the United States, against the defendant in the amount of Thirty-Seven Million, Nine Hundred Sixty-Three Thousand, Eight Hundred Eighty-Five Dollars and No/100 ($37,963,885.00) representing proceeds generated from the scheme to commit health care fraud as a result of the defendant's involvement as medical director of Psychcare of Louisiana, LLC dba Shifa Community Mental Health Center ("Shifa"), and part owner of Serenity Center, LLC ("Serenity");

**WHEREAS**, this Forfeiture Money Judgment was amended in the Court's Criminal Judgment to Twenty-Three Million, Eight Hundred Seventeen Thousand, Seven Hundred Seventy-Nine Dollars and No/100 ($23,817,779.00);

**WHEREAS**, on July 30, 2014, pursuant to a motion filed by the United States, this Court entered an *Order of Forfeiture as to Certain Substitute Property of Defendant*, forfeiting the defendant's interest in a Raymond James & Associates account, Allianz Life Insurance Company accounts; State of Missouri Deferred Compensation Plans accounts; and in a Northwestern Mutual Insurance Investment policy;

**WHEREAS**, on August 25, 2014, pursuant to a motion filed by the United States, this Court entered an *Order of Forfeiture as to Certain Substitute Property of Defendant*, forfeiting the defendant's interest in Twenty-Five Thousand Dollars ($25,000.00) the defendant put up as bond money to secure the release of co-defendants, Hoor Naz Jafri and Rosalyn F. Dogan;

**WHEREAS**, on October 8, 2014, after these pleadings were unsealed, notice of the United States' intent to forfeit the defendant's interest in these retirement accounts and the Twenty-Five Thousand Dollars and No/100 in bond money was sent to the defendant's wife, Mrs. Zahida Imran, by both regular and certified mail; Mrs. Zahida Imran was put on notice that she had thirty (30) days to assert any legal interest she may have had in these funds or bond money;

**WHEREAS**, the United States also advertised the accounts in accordance with 21 U.S.C. § 853(n) beginning on August 29, 2014 and ending on September 27, 2014, advising of the United States' intent to forfeit the funds in these various accounts and the bond money put up by the defendant;

**WHEREAS**, on November 3, 2014, Mrs. Zahida Imran timely filed a *Petition For Hearing to Adjudicate Validity of Interest in Forfeited Property*, asserting her community property interest in the retirement funds and in the bond money;

**WHEREAS**, on November 24, 2014, the United States filed *United States Response to Petition for Hearing to Adjudicate Validity of Interest in Forfeited Property* wherein it recognized Zahida Imran's spousal interest, under the regime of community of acquets and gains, and acknowledged that it did not dispute her claim to one half (1/2) of all of the funds that the United States sought to forfeit; and

**WHEREAS**, no other claimant has come forward to assert a claim or interest in any of the funds or bond money;

**IT IS HEREBY ORDERED** that the One Half (1/2) interest the defendant, Zahid Imran, has in the funds in the Raymond James & Associates account in the name of Zahid P. Imran account number ▬0597; in the funds in the Allianz Life Insurance Company accounts, Contract Number ▬3507 and Contract ▬5384; in the funds in the State of Missouri Deferred Compensation Plans, Participant Data Reference Code ▬PMGF; in the funds in the Northwestern Mutual Insurance Investment, Policy number ▬6566, Product Type 65 Life; and in the $25,000.00 in bond money the defendant put up as bond money for the release of two of his co-defendants, which is being held by the Clerk of Court for the Middle District of Louisiana, are hereby forfeited to the United States.

**IT IS HEREBY FURTHER ORDERED** that representatives of: Raymond James & Associates; the State of Missouri Deferred Compensation Plans; Allianz

Life Insurance Company; Northwestern Mutual Insurance Investment; and the Clerk of Court for the Middle District of Louisiana, are hereby ordered to surrender or liquidate and remit to the United States Marshal Service ONE HALF of all funds being held by them in the above listed account(s). The funds should be mailed to the United States Marshal Service at the following address: Attn: Juanita McKnight-Bates, 777 Florida Street, Room G-48, Baton Rouge, Louisiana 70801.

**IT IS HEREBY FURTHER ORDERED** the remaining funds in these accounts, or funds that are being held on behalf of the defendant, be retained until further order of this Court following the resolution of the pending Application for Continuing Writ of Garnishment.

**IT IS HEREBY FURTHER ORDERED** that the United States, its agents, and employees will be held harmless from any claims whatsoever in connection with the seizure and forfeiture of property covered by this Order.

Baton Rouge, Louisiana, this 19th day of August, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**