U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | Criminal Court No. 3:12CR73-BAJ |
| DEFENDANT | TYPE OF PROCESS |
| Zahid Imran | Writ of Execution - Notice of Seizure |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Lot B-6, containing 1.014 acres, located in Section 6, Township 8 South, Range 1 East, Greensburg Land District,

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
As shown on Resubdivision Map recorded at Original 575, Bundle 11132

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

James P. Thompson
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, LA 70801

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Asset ID No. 16-FBI-001253
Order to Take Custody of the Property

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT

*James P. Thompson* (signature)

TELEPHONE NUMBER: 225-389-0443
DATE: 6/6/16

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No.: 95
District to Serve No.: 95
Signature of Authorized USMS Deputy or Clerk: *D. Lacy*
Date: 6/9/16

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 6/13/16
Time: 6:45 [ ] am [X] pm

Signature of U.S. Marshal or Deputy: *O. Broadstreet*

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.- | $7.34 | | $72.34 | | $0.00 |

REMARKS:

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

JD1512-73#2